1  **EDWARD YUN (SBN 258245)**
   **SEVAHN SIMONIAN (SBN 301881)**
2  **YUN & SIMONIAN, PC**
   11175 Santa Monica Blvd., Suite 420
3  Los Angeles, California 90025
4  Telephone Number: (310) 954-0823
   Fax Number: (310) 954-0824
5  edward@yslegal.com
6  sevahn@yslegal.com
7  Attorneys for Plaintiff
   VIRGINIA GARCIA
8

9  **LEILA NOURANI (SBN 163336)**
   **JACKSON LEWIS, P.C.**
10 725 South Figueroa Street, Suite 2500
11 Los Angeles, CA 90017-5408
   Telephone Number: (213) 689-0404
12 Email: Leila.nourani@jacksonlewis.com
13 Attorneys for Defendants
14 URBAN SETTLEMENT SERVICES LLC;
   URBAN FULFILLMENT SERVICES LLC
15

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA GARCIA,<br><br>             Plaintiff,<br><br>     v.<br><br>URBAN SETTLEMENT SERVICES LLC; URBAN FULFILLMENT SERVICES LLC, and DOES 1 TO 100 INCLUSIVE,<br><br>             Defendant. | CASE NO. 2:15-cv-10013-FFM<br><br>[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

1

## PROPOSED ORDER

Pursuant to the Stipulation entered into by and between Plaintiff VIRGINIA GARCIA and Defendants URBAN SETTLEMENT SERVICES, LLC and URBAN FULFILLMENT SERVICES, LLC, through their respective counsel of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that the matter of Virginia Garcia v. Urban Settlement Services *et al.*, Central District of California Case Number 2:15-cv-10013-FFM is hereby dismissed with prejudice in its entirety.

DATED: 12-23-16

FREDERICK F. MUMM
United States Magistrate Judge

4848-6717-1389, v. 1

[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE